UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALERIE VERMETTE, Individually
and as Mother, Guardian, and Next Friend of
JACK MICHAEL VERMETTE, a Minor,

  Plaintiffs,

  v.

ELI LILLY AND COMPANY,

  Defendant.

CIVIL ACTION No.

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

ELI LILLY AND COMPANY

_____
Lawrence H. Martin, D.C. Bar # 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

                          James J. Dillon, D.C. Bar # 485593
                          Foley Hoag LLP
                          155 Seaport Boulevard
                          World Trade Center West
                          Boston, MA 02210-2600
                          (617) 832-1000

Dated: _Oct. 6, 2005_

## CERTIFICATE OF SERVICE

I certify that on Oct. 6, 2005, a true copy of the foregoing Rule 7.1 Certification was served by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorneys for Plaintiffs**

_____
Betty Marroquin