IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE VERMETTE, et al.,** ]<br>]<br>**Plaintiffs,** ]<br>]<br>v. ]<br>]<br>**ELI LILLY AND COMPANY,** ]<br>]<br>**Defendant.** ] | Civil Action No.: 05-1977 (HHK)<br>Next Event: Initial Scheduling Conference<br>on February 3, 2006 at 3:15 p.m. |

**PLAINTIFFS' CONSENT MOTION TO TRANSFER**

COME NOW the Plaintiffs, by and through counsel, with the consent of the Defendant, and moves, pursuant to 28 U.S.C. § 1404(a), that this Court transfer this action to the United States District Court for the District of Massachusetts in Boston, Massachusetts, and as grounds therefore states:

1. This is a product liability/personal injury case for injuries sustained by Plaintiff Valerie Vermette, including, but not limited to, uterine abnormalities as a result of her embryonic exposure to diethylstilbestrol ("DES") and the resultant premature birth of the minor plaintiff.

2. Plaintiffs are residents and citizens of the State of Massachusetts, and received all of their medical treatment for DES injuries in the Boston area. Their family members and treating doctors likewise reside in Massachusetts.

3. This case was originally filed in the Superior Court of the District of Columbia on September 16, 2005 and subsequently removed by the Defendant to this Court on October 6, 2005. To date, no discovery has taken place in this action.

4. 28 U.S.C. § 1404(a) provides that:

> For the convenience of the parties and witnesses, in the interest of justice, a District Court may transfer

any civil action to any other district or division where it might have been brought.

5. The interests of justice would best be served in this case by having this action transferred to the United States District Court for the District of Massachusetts, as discovery efforts, convenience and costs would be best served.

6. This cause has no contacts with the District of Columbia, other than that the Defendant conducts significant business here.

7. Counsel for Defendant consents to the granting of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court, in accordance with 28 U.S.C. § 1404(a), enter an Order transferring this matter to the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiffs

## LCvR 7.1(m) CERTIFICATION

Consent to the foregoing Motion to Transfer was granted by counsel for Defendant Lilly on November 22, 2005.

/s/ Aaron M. Levine
AARON M. LEVINE, #7864