IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE VERMETTE, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 05-1977 (HHK) |
| ] | **Next Event: Initial Scheduling Conference** |
| **ELI LILLY AND COMPANY,** ] | **on February 3, 2006 at 3:15 p.m.** |
| ] | |
| **Defendant.** ] | |

### ORDER

UPON CONSIDERATION of the Plaintiffs' Consent Motion to Transfer and for good cause shown, it is this _____ day of _____, 2005,

ORDERED, that the Plaintiffs' Motion be, and hereby is GRANTED; and it is

FURTHER ORDERED, that this action be transferred to the United States District Court for the District of Massachusetts, Boston, Massachusetts.

_____
HENRY H. KENNEDY, JR.
United States District Judge