**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **VALERIE VERMETTE, et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| **v.** | ] | **Civil Action No.: 05-1977 (HHK)** |
| | ] | **Next Event: Initial Scheduling Conference** |
| **ELI LILLY AND COMPANY,** | ] | **on February 3, 2006 at 3:15 p.m.** |
| | ] | |
| **Defendant.** | ] | |

**[PROPOSED] SCHEDULING ORDER**

The parties propose the following schedule:

May 4, 2006:                    Deadline for serving discovery requests.

June 5, 2006:                   Deadline for plaintiffs to designate experts and provide expert

reports, pursuant to Rule 26(a)(2).

July 5, 2006:                   Deadline for defendant to designate experts and provide expert

reports, pursuant to Rule 26(a)(2).

September 5, 2006:              All Discovery Closed. The parties agree that experts may be

deposed until the closed of discovery.

October 5, 2006:               Deadline for filing Dispositive Motions.

November 2006:                 Pre-Trial Conference.

DATED: _____        _____

                                        HENRY H. KENNEDY, JR.
                                        United States District Judge

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

FOLEY HOAG LLP

/s/ Aaron M. Levine

AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff

 /s/ James J. Dillon (by permission-rm)

JAMES J. DILLON, #485593
155 Seaport Boulevard
Boston, MA   02210
617-832-1000

and

Lawrence H. Martin, Esq.
FOLEY HOAG LLP
1875 K Street, N.W., Suite 800
Washington, DC   20006
202-223-1200

Counsel for Defendant Eli Lilly and
Company

Dated: January 12, 2006