UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VALERIE VERMETTE**, Individually and as mother, guardian, and next friend of **JACK MICHAEL VERMETTE**, a minor,

   Plaintiffs,

  v.

**ELI LILLY AND COMPANY**,

   Defendant.

Civil Action 05-01977 (HHK)

### ORDER OF TRANSFER

Upon consideration of the plaintiffs' consent motion to transfer and for good cause shown, it is this 30th day of January 2006,

**ORDERED**, that the plaintiffs' motion be, and hereby is **GRANTED**; and it is

**FURTHER ORDERED**, that this action be transferred to the United States District Court for the District of Massachusetts, Boston, Massachusetts.

**SO ORDERED.**

             Henry H. Kennedy, Jr.
             United States District Judge