Nancy Mayer-Whittington
Clerk

**United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001**

FILED
IN CLERKS OFFICE

2006 APR -3  P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 29, 2006

Clerk's Office
U.S. District Court for Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

06 CA 10586 NMG

RE:   VALERIE VERMETTE v. ELI LILLY AND COMPANY
      05-1977

Dear Clerk:

On January 30, 2006, this Court signed an order transferring the above-entitled case to your Court.

Enclosed is a certified copy of the docket sheet and transfer Order. and all papers filed in this case.

Please acknowledge receipt of our file by signing and returning the enclosed copy of this letter, and also please indicate your case number somewhere in the letter.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Laura Chipley, Deputy Clerk

Enclosure(s)

**RECEIVED**

APR 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT