05 CV 1977

| **SENDER:** <br> ■ Complete items 1 and/or 2 for additional services. <br> ■ Complete items 3, 4a, and 4b. <br> ■ Print your name and address on the reverse of this form so that we can return this card to you. <br> ■ Attach this form to the front of the mailpiece, or on the back if space does not permit. <br> ■ Write "Return Receipt Requested" on the mailpiece below the article number. <br> ■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee): <br> 1. ☐ Addressee's Address <br> 2. ☐ Restricted Delivery <br> Consult postmaster for fee. |

3. Article Addressed to:

USDC - MASSACHUSETTS
BOSTON

7002 0860 0000 7772 4886

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  4/3

5. Received By: (Print Name) Fonzco

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
X

PS Form 811, December 1994    102595-98-B-0229    Domestic Return Receipt

**RECEIVED**

APR - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT